# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GOING PRO: THE BUSINESS OF WILDLIFE PHOTOGRAPHY, LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**KEVIN MONELL; JASON CARUSO; and THE JOURNAL OF WILDLIFE PHOTOGRAPHY, LLC**,<br><br>Defendants. | **CIVIL ACTION NO.:**<br>**2:23-cv-00781 (EP)(AME)** |
| **KEVIN MONELL; JASON CARUSO; THE JOURNAL OF WILDLIFE PHOTOGRAPHY, LLC; and JAYMOE, LLC**,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>**GOING PRO: THE BUSINESS OF WILDLIFE PHOTOGRAPHY, LLC, ANNALISE KAYLOR WORLEY, JARED LLOYD and JARED LLOYD PHOTOGRAPHY, LLC**,<br><br>Third Party Defendants. | |

## STIPLATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the undersigned Parties hereby stipulate and agree that the above-captioned matter shall be and is dismissed as follows, each Party to bear its own attorney's fees and costs:

1. All claims, counterclaims, and third-party claims by, between and among and Going Pro: the Business of Wildlife Photography, LLC, Going Pro: the Business of Wildlife Photography, a Georgia Partnership, Annalise Kaylor Worley, Annalise Kaylor Worley Photography, LLC, Kevin Monell, Jason Caruso, The Journal of Wildlife Photography, LLC, and JayMoe, LLC are hereby dismissed *with prejudice*.

2. Any claims, counterclaims, and third-party claims by, between and among Kevin Monell, Jason Caruso, The Journal of Wildlife Photography, LLC, JayMoe, LLC, Jared Lloyd and Jared Lloyd Photography, LLC are hereby dismissed *without prejudice*.

**STARK & STARK, P.C.**　　　　　　　　　　**LOMURRO, MUNSON LLC**

By: /s/ *Gene Markin*　　　　　　　　　　　　By: /s/ *Eric H. Lubin*
　　GENE MARKIN, ESQ.　　　　　　　　　　　　ERIC H. LUBIN, ESQ.

　　100 American Metro Blvd.　　　　　　　　Monmouth Executive Center
　　Hamilton, NJ 08619　　　　　　　　　　　4 Paragon Way, Suite 100
　　Ph: 609-895-7248　　　　　　　　　　　　Freehold, NJ 07728
　　　　　　　　　　　　　　　　　　　　　　Ph: 732-414-0300

　　*Attorneys for Plaintiff /*　　　　　　　　*Attorneys for Defendants /*
　　*Third Party Defendants*　　　　　　　　　*Third Party Plaintiffs*

Dated:  September 11, 2024　　　　　　　　Dated:  September 11, 2024

**SO ORDERED.**

**/s/ Jamel K. Semper**
**HON. JAMEL K. SEMPER**
**United States District Judge**

**Sept. 12, 2024**

4895-1120-4317, v. 2